**FILED**

MAR 3 0 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **18MJ1502** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 21, U.S.C., Sec. 841(a)(1) – Possession of Methamphetamine with Intent to Distribute |
| JUAN JOSE MARTINEZ, | |
| Defendant(s). | |

The undersigned complainant being duly sworn states:

### COUNT ONE

On or about March 15, 2018, within the Southern District of California, defendant JUAN JOSE MARTINEZ, did knowingly and intentionally possess, with intent to distribute a mixture and substance containing a detectable amount of methamphetamine; a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Scott Brahin
Special Agent, ATF

Sworn to me and subscribed to my presence this 30 day of March, 2018.

HON. JILL L. BURKHARDT
UNITED STATES MAGISTRATE JUDGE

2

## PROBABLE CAUSE STATEMENT

On March 15, 2018, at approximately 9:10 p.m., Oceanside Police Department officers were notified that a parolee, Juan Jose MARTINEZ ("MARTINEZ"), had been seen near their location. Officers were aware that MARTINEZ was wanted on an active felony warrant. MARTINEZ was sitting in a vehicle parked in front of an apartment complex located at 4520 North River Road. As officers made contact, MARTINEZ verbally identified himself. Officers conducted a records check through dispatch and confirmed MARTINEZ had an active felony warrant out of Riverside County. MARTINEZ was then placed under arrest for his warrant.

Pursuant to his arrest, the officers conducted a pat-down search of MARTINEZ's person and located a clear Ziploc baggie containing an off-white, crystalline substance in MARTINEZ's right front pockets. A later presumptive test confirmed the substance to be methamphetamine with a gross weight of 78.59 grams. A further search of MARTINEZ's person uncovered $233 in currency, in various denominations, and, what appeared to be a methamphetamine pipe.

Based on my training, experience, and discussions with other law enforcement officers, a single dose of methamphetamine, depending on several variables, can be as little as 0.1 grams. The quantity of drugs and the multiple denominations of the currency, in this case, is indicative of distribution/street-level drug sales.